| Case | Docket No. | Date | Judges | Disposition |
|---|---|---|---|---|
| Campbell v. State | 45A03–1610–PC–2328 | 06/28/2017 | KIRSCH, J.<br>MATHIAS, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Thomas v. State | 71A03–1608–CR–1908 | 06/28/2017 | BROWN, J.<br>MAY, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Thompson, Matter of Estate of | 79A02–1606–ES–1329 | 06/28/2017 | KIRSCH, J.<br>MATHIAS, J.<br>ALTICE, J. | Reversed and remanded<br>Concurs<br>Concurs |
| Lahr v. State | 02A03–1701–PC–136 | 06/28/2017 | ROBB, J.<br>VAIDIK, C.J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Haines v. State | 45A03–1611–PC–2620 | 06/28/2017 | ROBB, J.<br>VAIDIK, C.J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Burns v. State | 49A02–1701–CR–4 | 06/28/2017 | SHEPARD, Sr.J.<br>KIRSCH, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Rico–Navarro v. State | 49A02–1609–CR–2201 | 06/28/2017 | ROBB, J.<br>VAIDIK, C.J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| A.S., In re | 02A05–1701–JT–168 | 06/28/2017 | VAIDIK, C.J.<br>BAILEY, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Richardson v. State | 49A04–1609–CR–2196 | 06/28/2017 | ROBB, J.<br>VAIDIK, C.J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Stigger v. State | 49A02–1612–CR–2822 | 06/28/2017 | BRADFORD, J.<br>NAJAM, J.<br>RILEY, J. | Affirmed<br>Concurs<br>Concurs |
| McAllister v. State | 29A02–1702–CR–242 | 06/28/2017 | BRADFORD, J.<br>NAJAM, J.<br>RILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Watts v. State | 49A05–1611–CR–2647 | 06/28/2017 | VAIDIK, C.J.<br>BAILEY, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |